# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KRISTY R. BIGBY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. CIV-14-540-SPS |
| **CAROLYN W. COLVIN,** **ACTING Commissioner of the** **Social Security Administration,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 30th day of March, 2016.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**